UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

MARY LEE FARROW,

                          Plaintiff,   **STIPULATION AND ORDER OF DISMISSAL**

- vs -

UNIVERSITY OF ROCHESTER,          **09-CV-6179L(P)**

                          Defendant.



**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, attorneys of record in the above-captioned action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is, dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

Dated: September 20, 2010

**CHRISTINA A. AGOLA, PLLC**
*Attorneys for Plaintiff*

By: _____
      CHRISTINA AGOLA

28 East Main Street
2100 First Federal Plaza
Rochester, NY 14614
Telephone: (585) 262-3320

SO ORDERED:
_____
**Honorable David G. Larimer**
**United States District Court Judge**

Dated: September 20, 2010

**NIXON PEABODY LLP**
*Attorneys for Defendant*
*University of Rochester*

By: _____
      STEPHEN J. JONES

1100 Clinton Square
Rochester, New York 14604
Telephone: (585) 263-1000

Dated: September __, 2010

13142575.1